No. 98–1979. SMALL *v.* UNITED STATES; and NEPTUNE ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. Reported below: 158 F. 3d 576 (first judgment); 178 F. 3d 1306 (second judgment).

No. 98–1980. ALLISON ET UX. *v.* PACIFIC BELL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–1981. CONTECH DIVISION, SPX CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1982. LEE *v.* HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 98–1984. SPIERS *v.* SYDNOR. C. A. 4th Cir. Certiorari denied.

No. 98–1985. MORRISSEY ET AL. *v.* JACKSON. C. A. 4th Cir. Certiorari denied.

No. 98–1986. ROAD SPRINKLER FITTERS LOCAL UNION No. 669, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO *v.* AMERICAN AUTOMATIC SPRINKLER SYSTEMS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–1988. SWAINSTON ET AL. *v.* TURNIPSEED, NEVADA STATE ENGINEER, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 98–1990. MOLE *v.* BUCKHORN RUBBER PRODUCTS, INC. C. A. 8th Cir. Certiorari denied.

No. 98–1992. WORTH CAPITAL, INC. *v.* HERMAN MILLER, INC. C. A. 2d Cir. Certiorari denied.

No. 98–1994. BRIAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–1995. GRAPHIC COMMUNICATIONS INTERNATIONAL UNION, LOCAL 1B *v.* BUREAU OF ENGRAVING, INC. C. A. 8th Cir. Certiorari denied.

No. 98–1999. LUTHER *v.* MINNESOTA COMMISSIONER OF REVENUE. Sup. Ct. Minn. Certiorari denied.